| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Matthew S. Carter, Esq.<br>Nevada Bar No. 9524 |
| 3 | Edgar C. Smith, Esq.<br>Nevada Bar No. 5506 |
| 4 | 7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117 |
| 5 | (702) 475-7964; Fax: (702) 946-1345 |
| 6 | esmith@wrightlegal.net<br>*Attorneys for Defendant, Ocwen Loan Servicing, LLC* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ERVIN MIDDLETON JR., | Case No.: 2:18-cv-00945-JAD-PAL |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW NATALIE C. LEHMAN, ESQ. AS ATTORNEY OF RECORD** |
| CARRINGTON MORTGAGE SERVICES LLC, OCWEN LOAN SERVICING LLC, CLARK COUNTY RECORDER'S OFFICE, John/Jane Doe 1-100 inclusive, | |
| Defendants. | |

EDGAR C. SMITH, ESQ. of the law firm WRIGHT, FINLAY & ZAK, LLP, hereby requests that Natalie C. Lehman, Esq. be withdrawn as counsel of record in the above-referenced matter. Natalie C. Lehman, Esq. is no longer employed at WRIGHT, FINLAY & ZAK LLP as of August 28, 2018, and no longer represents Defendant, Ocwen Loan Servicing LLC.

The law firm of WRIGHT, FINLAY & ZAK, LLP, 7785 W. Sahara Ave., Suite 200, Las Vegas, Nevada 89117, will remain as counsel of record for Defendant, Ocwen Loan Servicing LLC. For the reason that Ms. Lehman is no longer associated with the law firm of WRIGHT,

///

///

FINLAY & ZAK, LLP, counsel asks that this motion be granted and that Natalie C. Lehman, Esq. be withdrawn as counsel of record and removed from the service list.

DATED this 29th day of August, 2018.

WRIGHT, FINLAY & ZAK, LLP

*/s/Edgar C. Smith, Esq.*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Defendant, Ocwen Loan Servicing, LLC*

### **ORDER**

IT IS HEREBY ORDERED that the Motion to Withdraw Natalie C. Lehman, Esq. as Attorney of Record is hereby granted.

IT IS SO ORDERED this day of ___August 30___, 2018.

_____
UNITED STATES MAGISTRATE JUDGE