UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 7 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: ERVIN MIDDLETON, Jr.<br>_____<br><br>ERVIN MIDDLETON, Jr.,<br><br>        Petitioner,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,<br><br>        Respondent,<br><br>CARRINGTON MORTGAGE SERVICES, LLC; et al.,<br><br>        Real Parties in Interest. | No. 18-72679<br><br>D.C. No.<br>2:18-cv-00945-JAD-PAL<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: SILVERMAN, NGUYEN, and OWENS, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the supplemented petition is denied. This denial is without prejudice to the filing of a new petition if the district court has not acted on the pending motions within 90 days.

No further filings will be entertained in this closed case.

**DENIED.**

KML/MOATT